## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>David Kenneth Lind,<br>    Debtor. | ) Case No. 16-27672 - E - 7<br>) Docket Control No. DNL-34<br>) Document No. 800<br>) Date: 09/26/2019<br>) Time: 10:30 AM<br>) DEPT: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion to Pay filed by Chapter 7 Trustee, Hank Spacone ("Trustee") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that the Motion is granted, and the Trustee is authorized to use Estate funds to pay $20,437.34 for the Estate's delinquent property taxes due and owing through August 31, 2019.

Dated: October 01, 2019

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court