**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 16-27672 - A - 7
David Kenneth Lind,            ) Docket Control No. DNL-36
            Debtor.            ) Document No. 868
                               ) Date: 05/03/2021
                               ) Time: 9:00 AM
                               ) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

Desmond, Nolan, Livaich & Cunningham's application for allowance of final compensation and reimbursement of expenses has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the application,

IT IS ORDERED that the application is approved on a final basis. The court allows final compensation in the amount of $17,192.50 and reimbursement of expenses in the amount of $457.52.

IT IS FURTHER ORDERED that the trustee is authorized without further order of this court to pay from the estate the aggregate amount allowed by this order in accordance with the Bankruptcy Code and the distribution priorities of § 726.

Dated: May 04, 2021

Fredrick E. Clement
United States Bankruptcy Judge

[868] - Motion/Application for Compensation [DNL-36] by the Law Office of Desmond, Nolan, Livaich & Cunningham for J. Russell Cunningham, Trustees Attorney(s) Filed by Trustee Hank Spacone (shbs)