## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: )
)
David Kenneth Lind ) Case No. 16-27672
)
)
)
_____Debtor(s)._____ )

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of David Kenneth Lind, seeking payment of funds previously unclaimed by David Kenneth Lind (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that David Kenneth Lind is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 63,688.38 from the Unclaimed Funds to:

David Kenneth Lind
4258 W Sargent Rd
Lodi, CA 95242

The funds may be disbursed only after 14 calendar days from the entry of this court's order to allow for the appeal period to pass.

DATED:

Dated: November 07, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

EDC